# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 20, 2025

Lyle W. Cayce
Clerk

————————

No. 24-10942

————————

Lula Westbrook,

*Plaintiff—Appellant*,

*versus*

Dallas County; John Wiley Price,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:24-CV-1734

———————————————————————

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Lula Westbrook moves for leave to proceed in forma pauperis (IFP) on appeal from the dismissal of her civil action. By moving this court for leave to proceed IFP, Westbrook is challenging the district court's determination that her appeal is not taken in good faith. *See Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997).

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10942

"This [c]ourt must examine the basis of its jurisdiction, on its own motion, if necessary." *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007). Because Westbrook did not file a timely notice of appeal from the district court's judgment dismissing her civil action, this court lacks jurisdiction over the instant appeal. *See id.*; Fed. R. App. P. 4(a)(1)(A).

Accordingly, the appeal is DISMISSED for lack of jurisdiction. Westbrook's IFP motion is DENIED as moot. Her motions for the appointment of counsel and her motions seeking transfer of the instant appeal are likewise DENIED. Any remaining motions or requests for relief are also DENIED.